

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00999-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI00438
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant Frank Herrera has filed this appeal from an interlocutory order granting Inverterra Holdings, LLC's motion for continuance. Unless authorized by statute, an order that does not dispose of all pending parties and claims remains interlocutory and unappealable until the trial court signs a final judgment. *See City of Houston v. Estate of Jones*, 388 S.W.3d 663, 666 (Tex. 2012); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). "An order granting a motion for continuance . . . is not a final judgment, nor is it an appealable interlocutory order." *Am. Med. Home Health Servs., LLC v. Legacy Home Health Agency, Inc.*, No. 04-22-00239-CV,

2022 WL 2334557, at *1 (Tex. App.—San Antonio June 29, 2022, pet. filed). We therefore issued an order directing Herrera to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Herrera did not respond. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM